UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60557-Civ-JORDAN/WHITE

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE



cat/div  550/1983/FTL
Case #
Judge _____ Mag White
Motn Ifp  Yes   Fee pd $
Receipt #

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

Frederick Stickney
(Enter the full name of the plaintiff in this action)

v.

LT. COL. Kim Spadaro

BSO: Det. Faircloth

Telephone Coordinator:
   Kathrine Casey (are sued in
their indiviual and official capacities)
(Above, enter the full name of the defendant(s) in this action)

FILED by _____ D.C.
MAR 15 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.





(Rev. 09-2007) Complaint Under The Civil Rights Act, 42 U S C § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I.  **Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A.  Name of plaintiff: __Frederick Stickney__
    Inmate #: __561000196__
    Address: __P.O. Box 9356 (main Jail)__
    __Fort Lauderdale, Florida 33310__

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B.  Defendant: __LT. Col. Kim Spadaro__
    is employed as __Director of Dept-of-Detention__
    at __555 NE 1st street Fort. Loud, Florida 33301__

C.  Additional Defendants: __Telephone Coordinater:__
    __Kathrine Casey 555 NE 1st street__
    __Fort Lauderdale, Florida 33301__

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

BSO: Det. Ronald Faircloth 4300 N.W. 36th Street
Lauderdale Lakes, Florida 33319

## II.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

— Claim 1 —
VI Amendment Right
— Violation Act —
LT. COL. Kim Spadaro, Telephone Coordinator Kathrine Casey; BSO: Det. Faircloth.

#1 On Feb. 19, 2010 I was booked into the Broward County Main Jail, at which time I was able to call my lawyer about my arrest.

#2 It states "Attorney and Client Conversations can not be subject to Monitoring or Recording as per BSO rule and regulations.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

#3 Due to this situation my conversation was recorded by Broward County Main Jail.

#4. I'm full aware that somethings were said over the course of my conversation with the lawyer that should of never been recorded.

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

1- Compensatory Damages in the amount of $500.00 against each Defendant; Jointly and severally.

2- Punitive Damages in the amount of $1,000.000 against each Defendant.

3- Trial By Jury on all issues.

4- Any additional relief this Court deems Just, Proper and Equitable.

### IV. Jury Demand

Do you demand a jury trial?   ✓ (Yes)    No

#5. On Feb.24.2010 the telephone Coordinator Kathrine Casey recorded my conversation and gave that information to BSO. Det. Faircloth.

#6 I have paper work pertaining to this conversation word for word that has violated my VI Amendment rights.

#7 LT. Col. Kim Spadaro who is Director of Committee and Control of Dept. of Detention is also responable for this happening because of her position within BSO.

#8 Kathrine Casey and BSO. Det. Faircloth used this information and conversation with my Attorney to put charges against me that aren't true.

#9 Any reasonable person in that same position as LT. Col. Kim Spadaro; Telephone Coordinator Kathrine Casey, and BSO. Det Faircloth would Know that they were violating my my Constitutional Rights and my VI Amendment Rights as Attorney and Client Privilege without due process of law.

#10 At all times relevant to this claim these defendants in this case Lt. Col Spadaro; Kathrine Casey, and Det. Faircloth were acting under color of state law with a total disregard of my VI Amendment Rights.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this _9th_ day of _March_, 20_11_

_Frederick Stickney_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: _____

_____
(Signature of Plaintiff)

Frederick Stickney #561000196
P.O. Box 9356
Fort Lauderdale, Florida 33310